FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 23 2020

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

Preston Ray Curnett
(Enter above the full name of the plaintiff in this action.)

Prisoner ID No. 165671
(Do Not Put Your Social Security Number)

V.

Shaquille Brown
Seargant Delaney
Arkansas Department of Correction
(Enter above the full name of the defendant, or defendants, in this action.)

CASE NO. 6:20-CV-06003-RTD-MEF

Jury Trial: Yes ✓   No ____
(Check One)

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓     No ____

B. If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

Plaintiffs: Preston Ray Curnett
Defendants: Ouachita Correctional facility

2. Court (if federal court, name the district; if state, name the county):
Pulaski County Civil Claims Court

3. Docket number: No. 19-0674-CC

4. Name of judge to whom case was assigned: NA

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

6. Approximate date of filing lawsuit: November 2018

7. Approximate date of disposition: March-April 2019

(Updated 7/2019)

-1-

II.  Place of Present Confinement: __Varner Super max__

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

    A.  Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes __✓__   No _____

    B.  If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

    C.  If your answer is NO, explain why not: _____

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

    A.  Your Full Name: __Preston Ray Curnett__
        Address: __P.O. Box 600, Grady, AR 71644__

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

    B.  Read carefully and fill out all information sought.

        <u>1. Defendant #1.</u>

        Full Name: __Shaquille Brown__
        Position: __Sgt. (seargant)__
        Place of Employment: __Ouachita River Correctional Unit__
        Address: _____

**2. Defendant #2**

Full Name: Seargant Delaney

Position: Seargant

Place of Employment: Quachita River Correctional Unit

Address: _____

**3. Defendant #3**

Full Name: Arkansas Department of Correction

Position: _____

Place of Employment: _____

Address: _____

**4. Defendant #4**

Full Name: _____

Position: _____

Place of Employment: _____

Address: _____

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

V. At the time of the alleged incident(s), were you:
(check the appropriate blank)

___ in jail and still awaiting trial on pending criminal charges
✓ serving a sentence as a result of a judgment of conviction
___ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: I am currently in Prison serving a 6 year sentence on a Battery IInd Charge, that was ran ~~concurrent~~ consecutive to a 3 year sentence.

Please provide the date of your conviction or probation or parole revocation: July 17th, 2016.

VI. Statement of Claim

State <u>every</u> ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the <u>facts</u> of your claim.

With respect to <u>each</u> claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Claim Number # 1</u>:

Type of Claim (for example, excessive force, denial of medical care, etc.):

___See attached___

Date of the Occurrence: _____

Name of Each Defendant involved: _____

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

___ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

___ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

−4−

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

_____

**Claim Number # 2:**

Type of Claim (for example, excessive force, denial of medical care, etc.):
_____
_____

Date of the Occurrence: _____

Name of Each Defendant involved: _____

_____

_____

_____

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.

_____

_____

_____

_____

_____

With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

–5–

<u>**If you are asserting an official capacity claim**</u>, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

<u>Claim Number # 3</u>:

Type of Claim (for example, excessive force, denial of medical care, etc.):

_____

Date of the Occurrence:_____

Name of Each Defendant involved:_____

_____

_____

_____

Describe the acts or omissions of Defendant(s) that form the basis for Claim #3 and any harm caused by it.

_____

_____

_____

_____

With respect to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____ both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

VII. Relief

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓ Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

✓ Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

_____See attached_____

_____

_____

_____

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this __20th__ day of __January__, 20_20_.

_Preston Curnett_
**Printed Name of Plaintiff**

_[signature]_
**Signature of Plaintiff**

−7−

Statement of Claim (page 1 of 3)

1. Defendants herein are sued in individual and official capacity for violation of the rights of Plaintiff under 5th, 8th, and 14th Amendment to the United States Constitution.

2. Whereas on January 10th, 2018 Plaintiff was physically assaulted by Sgt. Shaquille Brown at the Ouachita River Correctional Unit (ORCU) of the Arkansas Dept. of correction.

3. The Plaintiff was also racially discriminated against after said Assault by Sgt. Shaquille Brown.

4. Whereas, on January 25th, 2018 Plaintiff filed a Grievance at the ORCU Pursuant policy about the Altercation with Sgt. Brown, to Sgt. Delaney (Problem Solver at ORCU). (copies were given to Detective from State Police who investigated the Assault).

5. On January 29th, 2018 (Before Step one of the above mentioned Grievance was responded to) Plaintiff was transferred to the Varner Supermax of Arkansas Dept. of correction.

6. Never receiving a response (for 30 days), to grievance, the Plaintiff filed another Grievance dated 2-21-18 about Sgt. Delaney's failure to ensure the Step one was mailed to Plaintiff.

7. This Grievance was signed by Sgt. King #90833 and Step one response was that "no grievance had been entered Per. Eomis."

8. Plaintiff believes this was a deliberate attempt by Sgt. Delaney to Circumvent the Exhaustion of Administrated Remedies for the Assault by his coworker Sgt. Brown.

9. VSM Grievance Officer responded to Step two by saying "This is not VSm's Problem."

10. Finally, on 8-31-18 Plaintiff again attempted to grieve the incident and was once again impeded by assertion that the grievance was "untimely" by issuance officer F. Gordon.

11. Whereby, The Plaintiff had no other remedies available at an administrative level and pursues claims herein after completely exhausting all _available_ administrative remedies.

12. Plaintiff prays that meritous claims herein be redressed accordingly.

I swear under penalty of perjury the foregoing is true and correct to the best of my knowledge, understanding and belief this ~~20~~ day of ~~January~~ 2020.

Preston Curnett

(Relief)

Plaintiff herein Requests the following Relief be granted in Redress of these Claims.

1. $500,000⁰⁰ (Five hundred thousand dollars) Compensatory Damages for injury and Possible future medical Expenses/Pain and Suffering.

2. $250,000⁰⁰ (Two-hundred fifty thousand dollars) Punitive Damages to ensure other Prisoners are not assaulted and/or Impeded from Exhausting administrative remedies and Pursuing Civil Rights.

3. Declaration that the Assault by Sgt. Brown and denied due Process by Sgt. Delaney and ADC administration in failing to Process Grievance were in violation of the 5th, 8th, and/or 14th Amendment of United States Constitution.

4. Injunctionary Relief in the form of transfer to a Work Release facility unit until my release or Transfer from the Arkansas Department of Correction to Arkansas Community Correction Supervision (Parole).

I Swear under Penalty of Perjury the foregoing is true and correct to the best of my knowledge, understanding and belief this 20th day of January 2020.

Preston Curnett

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center: Varner Supermax
Name: Preston Curnett
ADC# 165671   Brks # Cellblock 5 cell 05   Job Assignment 18 month Program

FOR OFFICE USE ONLY
GRV. #
Date Received:
GRV. Code #:

2-21-18 (Date) STEP ONE: Informal Resolution

2-27-18 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: The grievance officer stated, "it was not Varner's problem." I have a copy of original grievance

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to + so does a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious State point Detective nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* ____ *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 1-25-18, I, Preston Curnett # 165671, filed a grievance at the Malvern unit, OHU, on an altercation that happened on 1-10-18. On 1-29-18, I was transferred to Varner supermax. I have been waiting to get my response from Sgt. Delaney, of the OHU personnel, in the mail. It is detrimental to my lawsuit that I receive it and put in the step two process. I have not been able to pursue my grievance because I have not recieved the step one answer. This is in violation to my rights and will be noted on my lawsuit against ADC.

[Stamp: RETURNED TO INMATE FOR THE FOLLOWING REASON(S): NOT PROCESSED, PREVIOUSLY ANSWERED/REJECTED OR A DUPLICATE]

Inmate Signature: [signed]   Date: 2-21-18

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on 02/24/18 (date), and determined to be **Step One** and/or an Emergency Grievance No (Yes or No). This form was forwarded to medical or mental health? No (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____
Sgt. King   #90823
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received: 02/24/18
Describe action taken to resolve complaint, including **dates**: According to EOmis a grievance has not been entered. G.T. 2/27/18

Staff Signature & Date Returned _____   Inmate Signature & Date Received: [signed]
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

Untimely

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

RECEIVED SEP 12 2018    4/CC3 Elso (VSM)

OUACHITA RIVER UNIT GRIEVANCE OFFICE

Unit/Center: Varner Supermax

Name: Preston Burnett

ADC# 165671   Brks # OB 505   Job Assignment: program

FOR OFFICE USE ONLY
GRV #: _____
Date Received: 9-12-18
GRV. Code #: 803

8-31-18 (Date) STEP ONE: Informal Resolution

UMOK (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: That is clearly the department of descrimination

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print):

This grievance is being brought by about Discrimination and racial issues per policy section number 592, subsection D, which states: "All Administrators and supervisors shall be open to complaints from any inmate concerning discrimination and shall be active in investigating any such complaint and in taking remedial action." In January 10, 2018 I was locked up by St. Brown at the Ouachita River Correctional Facility. I feel and believe that this act done by government officials was a bias act and has alot to do with being black, discriminated against, de towards my race, creed, and color, causing such attack by government employees.

                                                August 31, 2018
Inmate Signature                                Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Cotton                     29/28                                          09/05/18
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature          Date Received

Describe action taken to resolve complaint, including **dates**: _____

Staff Signature & Date Returned                Inmate Signature & Date Received
This form was received on 09-11-18 (date), pursuant to Step Two. Is it an Emergency? N (Yes or No).
Staff Who Received Step Two Grievance: Olpholm   Date: 09.11.18
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

Preston Curnett #1165671
P.O. Box 600
Grady, AR 71644



Legal Mail

REISSUE - Matthew Howard - Sgt Tobi 1-20-20