IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PRESTON R. CURNETT                                              PLAINTIFF

v.                            Civil No. 6:20-cv-06003

SHAQUILLE BROWN (Sergeant
Correctional Officer, Ouachita River
Correctional Facility, ADC); LT. DELANEY
(Sergeant, Correctional Officer, Ouachita
River Correctional Facility, ADC);
ARKANSAS DEPARTMENT OF
CORRECTION                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 12, 2020, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10.) Judge Ford recommends the case be dismissed without prejudice.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, Plaintiff's complaint should be and hereby is DISMISSED WITHOUT PREJUDICE. The dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g), and the Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 21st day of April 2020.

.

                                             /s/ *Robert T. Dawson*
                                             ROBERT T. DAWSON
                                             SENIOR U.S. DISTRICT JUDGE